**NATIONAL REGULATOR COMPANY, Plaintiff, v. ABCO BOILER COMPANY, Defendant.**

**Ex parte Robert McC. MARSH, Receiver, Appellee, Joseph Spatt and Edward J. Gould, Appellants.**

No. 355.

Circuit Court of Appeals, Second Circuit.
June 2, 1930.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree [42 F.(2d) 712] affirmed.